FILED

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES
2014 SEP 17  PM 1:33

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2013 Grand Jury

CR14-0547

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>BETTY JEAN RAY,<br>  aka "Betty Rayford,"<br>  aka "Betty J. Ray Ford,"<br>  aka "Betty Ray Ford,"<br>  aka "Betty Jean Rayford,"<br><br>        Defendant. | CR No. 14-<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1001: False<br>Statement; 18 U.S.C. § 1012:<br>Defrauding the Department of<br>Housing and Urban Development] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1001]

On or about April 15, 2010, in Los Angeles County, within the Central District of California, in a matter within the jurisdiction of the executive branch of the government of the United States, namely, the Department of Housing and Urban Development, defendant BETTY JEAN RAY, also known as ("aka") "Betty Rayford," aka "Betty J. Ray Ford," aka "Betty Ray Ford," aka "Betty Jean Rayford" ("RAY"), knowingly and willfully made a materially false, fictitious, and

fraudulent statement and representation, in that defendant RAY
declared in a signed document required to obtain federal low-income
housing benefits under the Section 8 Multi-Family Housing Program
that her sole source of income was her employment with "Southerby's
Real Estate Int." for which she earned $5,720 per year when, in truth
and in fact, as defendant RAY then well knew, she received additional
income from her employment with the Transportation Security
Administration, Department of Homeland Security that she failed to
identify.

COUNT TWO

[18 U.S.C. § 1001]

On or about April 17, 2011, in Los Angeles County, within the Central District of California, in a matter within the jurisdiction of the executive branch of the government of the United States, namely, the Department of Housing and Urban Development, defendant BETTY JEAN RAY, also known as ("aka") "Betty Rayford," aka "Betty J. Ray Ford," aka "Betty Ray Ford," aka "Betty Jean Rayford" ("RAY"), knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation, in that defendant RAY declared in a signed document required to obtain federal low-income housing benefits under the Section 8 Multi-Family Housing Program that her sole source of income was her employment with "Karat Films" for which she earned $6,000 per year when, in truth and in fact, as defendant RAY then well knew, she received additional income from her employment with the Transportation Security Administration, Department of Homeland Security that she failed to identify.

3

COUNT THREE

[18 U.S.C. § 1001]

On or about May 14, 2012, in Los Angeles County, within the Central District of California, in a matter within the jurisdiction of the executive branch of the government of the United States, namely, the Department of Housing and Urban Development, defendant BETTY JEAN RAY, also known as ("aka") "Betty Rayford," aka "Betty J. Ray Ford," aka "Betty Ray Ford," aka "Betty Jean Rayford" ("RAY"), knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation, in that defendant RAY declared in a signed document required to obtain federal low-income housing benefits under the Section 8 Multi-Family Housing Program that her sole source of income was her employment with "Karat Films" for which she earned $7,200 per year when, in truth and in fact, as defendant RAY then well knew, she received additional income from her employment with the Transportation Security Administration, Department of Homeland Security that she failed to identify.

4

COUNT FOUR

[18 U.S.C. § 1001]

On or about April 15, 2013, in Los Angeles County, within the Central District of California, in a matter within the jurisdiction of the executive branch of the government of the United States, namely, the Department of Housing and Urban Development, defendant BETTY JEAN RAY, also known as ("aka") "Betty Rayford," aka "Betty J. Ray Ford," aka "Betty Ray Ford," aka "Betty Jean Rayford" ("RAY"), knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation, in that defendant RAY declared in a signed document required to obtain federal low-income housing benefits under the Section 8 Multi-Family Housing Program that her sole source of income was her employment with "Karat Films" for which she earned $7,200 per year when, in truth and in fact as defendant RAY then well knew, she received additional income from her employment with the Transportation Security Administration, Department of Homeland Security that she failed to identify.

COUNT FIVE

[18 U.S.C. § 1012]

On or about May 17, 2010, in Los Angeles County, within the Central District of California, defendant BETTY JEAN RAY, also known as ("aka") "Betty Rayford," aka "Betty J. Ray Ford," aka "Betty Ray Ford," aka "Betty Jean Rayford" ("RAY"), received compensation, rebate and reward of approximately $1,258 intending to defraud the Department of Housing and Urban Development and unlawfully defeat its purpose.

COUNT SIX

[18 U.S.C. § 1012]

On or about July 15, 2011, in Los Angeles County, within the Central District of California, defendant BETTY JEAN RAY, also known as ("aka") "Betty Rayford," aka "Betty J. Ray Ford," aka "Betty Ray Ford," aka "Betty Jean Rayford" ("RAY"), received compensation, rebate and reward of approximately $1,258 intending to defraud the Department of Housing and Urban Development and unlawfully defeat its purpose.

## COUNT SEVEN

### [18 U.S.C. § 1012]

On or about June 6, 2012, in Los Angeles County, within the Central District of California, defendant BETTY JEAN RAY, also known as ("aka") "Betty Rayford," aka "Betty J. Ray Ford," aka "Betty Ray Ford," aka "Betty Jean Rayford" ("RAY"), received compensation, rebate and reward of approximately $1,206 intending to defraud the Department of Housing and Urban Development and unlawfully defeat its purpose.

## COUNT EIGHT

### [18 U.S.C. § 1012]

On or about May 6, 2013, in Los Angeles County, within the Central District of California, defendant BETTY JEAN RAY, also known as ("aka") "Betty Rayford," aka "Betty J. Ray Ford," aka "Betty Ray Ford," aka "Betty Jean Rayford" ("RAY"), received compensation, rebate and reward of approximately $1,213 intending to defraud the Department of Housing and Urban Development and unlawfully defeat its purpose.

A TRUE BILL

/S/

Foreperson

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Public Corruption & Civil
Rights Section

ELISA FERNANDEZ
Assistant United States Attorney
Public Corruption & Civil Rights
Section